**Order filed November 3, 2021**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00563-CV

_____

## IN THE INTEREST OF M.L.H., A.E.H. AND N.E.H., CHILDREN

---

**On Appeal from the County Court at Law
Austin County, Texas
Trial Court Cause No. 2020L-7541**

---

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue ("parental termination case"). The notice of appeal was filed October 4, 2021. Appellant has established indigence or is presumed to be indigent. *See* Tex. R. App. P. 20.1(a). The reporter's record was due within **10 days** after the notice of appeal was filed. *See* Tex. R. App. P. 35.1(b); 28.4(a)(1). A motion to extend time to file the record was granted and the reporter's record was due November 1, 2021. When that motion was granted, the reporter was notified that no further extensions would be entertained absent exceptional

circumstances. Volume 3 of the reporter's record was filed by Patricia Wagner on October 25, 2021. The remaining portions of the record have not been filed.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a). The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). The trial court **must** direct the court reporter to immediately commence the preparation of the reporter's record and **must** arrange for a substitute reporter, if necessary. *See* Tex. R. App. P. 28.4(b)(1).

Because the reporter's record has not been filed timely in this accelerated appeal, we issue the following order:

We order **Corina Lozano**, the official court reporter, to file the record in this appeal **on or before November 15, 2021.** If **Corina Lozano** does not timely file the record as ordered, the court will issue an order requiring her to appear at a hearing to show cause why the record has not been timely filed and why she should not be held in contempt of court for failing to file the record as ordered. Contempt of court is punishable by a fine and/or confinement in jail.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Zimmerer and Wilson.